UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER OAKLEY and<br>JUSTIN OAKLEY,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL P. WARREN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

Come now Plaintiffs Jennifer and Justin Oakley, by counsel, and make their Complaint against Defendant Samuel P. Warren as follows:

### INTRODUCTION

Around 7:30 in the evening of April 12, 2023, a Fox News program broadcast highly edited clips from "undercover video" that it claimed *proved* school administrators were "lying" about not teaching critical race theory in schools. One of the clips, less than sixty seconds long, shows Plaintiff Jennifer Oakley – a Martinsville School District administrator – discussing textbooks. Less than an hour later, Defendant Samuel P. Warren, a grown man in Georgia with no discernable connection to either Ms. Oakley or the Martinsville School District, sent Ms. Oakley an outrageous email, filled with his vivid fantasies of the most vile punishments imaginable to which she

1

should (in his opinion) willingly submit. Ms. Oakley was profoundly disturbed and upset by Mr. Warren's horrible email, and her husband was impacted by her distress.

## PARTIES

1. Plaintiff Jennifer Oakley is a natural person and a citizen of the United States domiciled in Morgan County, Indiana. She may be served through her attorneys, whose contact information appears below.

2. Plaintiff Justin Oakley is a natural person and a citizen of the United States domiciled in Morgan County, Indiana. He may be served through his attorneys, whose contact information appears below.

3. Plaintiffs are husband and wife.

4. Defendant Samuel P. Warren is a natural person and a citizen of the United States domiciled in Canton, Georgia. He will be served with a summons and this Complaint by personal service.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this civil action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. This Court has personal jurisdiction over Defendant Warren because his intentional conduct was expressly aimed at citizens of Indiana and Defendant Warren knew that the effects of his tortious actions would be felt – that is, the plaintiffs would be injured – in Indiana.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) or (3).

# FACTS

8. On Thursday, February 9, 2023, two women posing as the lesbian mothers of a potential first grade student in the Martinsville School District ("MSD") stopped by the District's Central Office.

9. Plaintiff Jennifer Oakley, who was and remains the Director of eLearning & Literacy for the MSD, met with the couple.

10. The couple expressed concerns that their child was getting censored curriculum and that certain books were banned.

11. The couple also asked if the school district had solid social-emotional learning and asked whether there was an equity committee.

12. Ms. Oakley showed the couple the current textbooks and spoke of how strongly the MSD leadership team advocates for all students.

13. In response to their question about social-emotional learning, Ms. Oakley told the women that there was a counselor in each building.

14. In response to their question about whether there was an equity committee, Ms. Oakley invited the couple to be on it if one was ever started and she took their contact information.

15. After they left, Ms. Oakley sent an email to others within the MSD about the meeting and suggested that it would be great to invite the couple to the Cultural Festival that night.

16. The subsequent voicemail inviting the mothers to the event was never returned.

17. It transpired that the women were not actually parents of a potential MSD student at all, they were only posing as such to gain access to MSD administrators.

18. The women were "undercover" for an organization called "Accuracy in Media" ("AIM") and were surreptitiously video recording their entire interaction with Ms. Oakley.

19. Ms. Oakley did not know she was being recorded.

20. By April 12, 2023, the video recording had been highly edited and posted on AIM's website and to its YouTube channel.

21. By April 12, 2023, AIM's video had been picked up by Fox News.

22. On April 12, 2023 at 2:39 PM, Max Kiviat, an Associate Producer for Jesse Watters Primetime, sent an email to Suzie Lipps (an MSD administrator) and Ms. Oakley, stating (in part):

> Tonight we will be covering a story about an undercover investigation involving your school district. Video shows administrators admitting that the schools are using misleading language to confuse parents into stealthily teaching students principles associated with Critical Race Theory.
>
> We wanted to offer the school district a chance to comment on the story. We are going live at 7:30pm ET.

23. Ms. Lipps replied to Mr. Kiviat at 5:07 PM, stating: "Thank you for making us aware late this afternoon that you are running this story. We will watch the program to see what is shared."

24. Two minutes later, Mr. Kiviat replied, "Thank you for getting back to me, Suzie. Here is the link to the video if you're [sic] district would like to comment before our show tonight."

25. The YouTube link Mr. Kiviat provided to Ms. Lipps was not the Fox News piece, but was to the video posted on AIM's YouTube channel.

26. On Wednesday, April 12, 2023 at around 7:33 PM, video showing Ms. Oakley discussing text books was aired on the Jesse Watters Primetime program.

27. Ms. Oakley appeared on screen for less than a minute.

28. Within 38 minutes, on April 12, 2023 at 8:11 PM, Defendant Warren sent an email to Jennifer Oakley's school district email address with the subject heading "Wow".

29. The email is attached in its entirety hereto as Exhibit A, and its complete contents is incorporated into this Complaint by reference.

30. The salutation of the email is simply, "Jenny –"

31. The email is signed:

> Samuel P. Warren, CPA
> 1100 Waterfall Way
> Canton, Georgia. 30114
>
> Cell: 678-557-3812
> Fax: 770-926-3812

32. The opening sentence of the email asks Mrs. Oakley why she has not yet been lynched: "How is it that you still have a job and not found your way to a tall tree with a short piece of rope??"

33.     The second paragraph of the email calls Mrs. Oakley: "a 10lb pile of steaming human ofal [sic] stuffed into a 5lb bag!"

34.     The third paragraph tells Mrs. Oakley that she should (among other things): "gladly submit to being stripped, tarred and feathered and then run out of town on a rail."

35.     The fourth paragraph, which is particularly appalling, states:

> Everyone you ever encounter after that should spit in your face, fling their feces at you (with impeccable aim), punch you, knock you down, kick you, piss on you and hold you there for similar treatment by everyone waiting in line for their turn – you despicable sad excuse for a sub-human being.

36.     In the fifth paragraph, Defendant Warren tells Mrs. Oakley that he will "gladly purchase you a one way ticket to any communist 3rd world country you want to go to and then assist you in renouncing your American citizenship before you board the aircraft."

37.     In the sixth paragraph, Defendant Warren expresses his hope that, during the aforementioned flight, Mrs. Oakley would be "jettison[ed] from the aircraft at 30,000 feet over the ocean at least 200 miles from any land."

38.     Defendant Warren concludes by advising Mrs. Oakley to kill herself before any of his other suggestions for her fate are borne out: "Just fall on your sword before the above can take place, is my advice."

39.     Within minutes of Defendant Warren sending the email, Mrs. Oakley had read it and forwarded it to her husband (at 8:20 PM on Wednesday, April 12, 2023) and

other Martinsville School District administrators (the superintendent and his assistant for curriculum, at 8:22 PM on Wednesday, April 12, 2023).

40. When she sent her 8:22 PM email, Mrs. Oakley included this sentence, demonstrating the fear and anxiety that Defendant Warren's disgusting email was already causing her just over ten minutes after he sent it: "I'm just praying that the locals don't react this way."

## CAUSES OF ACTION

### COUNT 1: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(Jennifer Oakley v. Samuel Warren)

41. Plaintiffs incorporate by reference the foregoing paragraphs as though fully reproduced herein.

42. In drafting and sending his disgusting email, Defendant Warren took time, and went out of his way, to emotionally harm Mrs. Oakley – a complete stranger to him who lived several states away.

43. Defendant Warren presumably had to spend some time searching for Mrs. Oakley's email address before he could send her his indecent, atrocious, and threatening message of hate.

44. No part of Defendant Warren's email to Mrs. Oakley is acceptable or can be tolerated by a civilized community.

45. Defendant Warren's email to Mrs. Oakley was direct, personal, and violent.

46. Defendant Warren's email was meant to put Mrs. Oakley in fear and to cause her severe emotional distress.

47. Defendant Warren's email caused Mrs. Oakley severe emotional distress.

COUNT 2: LOSS OF CONSORTIUM
(Justin Oakley v. Samuel Warren)

48. Plaintiffs incorporate by reference the foregoing paragraphs as though fully reproduced herein.

49. Defendant Warren intentionally caused Jennifer Oakley, Justin Oakley's wife, severe emotional distress.

50. As a result of, and directly related to, the severe emotional distress Defendant Warren caused Jennifer Oakley, Justin Oakley lost the love, affection, care, services, companionship, society, and consortium of his wife.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiffs Jennifer and Justin Oakley pray that the Court will enter judgment in their favor and against Defendant Samuel Warren, that they be awarded compensatory and punitive damages for the injuries he caused them, for attorneys fees, for pre- and post-judgment interest on all sums recoverable, and for all other relief just and proper in the premises.

**JURY DEMAND**

Jennifer and Justin Oakley demand a jury on all issues so triable.

Respectfully submitted,

s/ *Jonathan Little*
Jonathan Little, jon@sllawfirm.com
Annemarie Alonso, annie@sllawfirm.com
SAEED & LITTLE, LLP
#189 – 133 West Market Street
Indianapolis, IN 46204
(317) 721-9214