UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER AND JUSTIN OAKLEY ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SAMUEL P. WARREN ) <br>     Defendant ) | Case No. 1:23-cv-1437-MPB-KMB |

### ORDER TO DISMISS WITH PREJUDICE

The Court, having filed their Stipulation to Dismiss with prejudice, the Court acknowledges that the effect of the stipulation under FRCP 41(a)(1)(A)(ii) is to dismiss the remainder of this case, with prejudice, and each party to bear their own costs and fees.

Accordingly, this matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

DATE: September 6, 2024

*Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All counsel of record.